(Name) MONTGOMERY CARL AKERS
(Address) U.S. PENITENTIARY - ADX, P.O. BOX 8500
(City, State, Zip) FLORENCE, CO. 81226
(CDC Inmate No.) 02866-081

FILED
APR 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

MONTGOMERY CARL AKERS,
(Enter full name of plaintiff in this action.)

                  Plaintiff,

v.

JAQUELYN E. POKUSEK,
NICHOLAS VOULGARIS,
JAMES KESZEI,
KIM I. MARTIN,
(Enter full name of each defendant in this action.)

                  Defendant(s).

Additional Defendants Attached

Civil Case No. '08 CV 0725 H WMc
(To be supplied by Court Clerk)

Complaint Under the
~~Civil Rights~~ Act "BIVENS"
42 U.S.C. § 1983

JURY TRIAL DEMAND

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

DIVERSITY JURISDICTION UNDER 28 U.S.C. 1391(2)

### B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, MONTGOMERY CARL AKERS
(print Plaintiff's name)
, who presently resides at #02866-081, U.S. PEN-
(mailing address or place of confinement)
ITENTIARY, P.O. BOX 8500, FLORENCE, CO. 81226, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at OCEAN BEACH, CALIFORNIA on (dates) 11/26 , 12/06 , and 6/07 .
(institution/place where violation occurred)     (Count 1)    (Count 2)    (Count 3)

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

ATTACHED.

§ 1983 SD Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant JACQUELYN E. ROKUSEK (name) resides in JOHNSON County, KANSAS (County of residence) and is employed as a SPECIAL AGENT, OFFICE OF THE U.S. ATTORNEY (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: THIS DEFENDANT WAS, AT THE TIME OF CASE EVENTS, EMPLOYED AS A SPECIAL AGENT, OFFICE OF THE UNITED STATES ATTORNEY, DISTRICT OF KANSAS.

Defendant NICHOLAS VOULGARIS (name) resides in SAN DIEGO, CALIFORNIA (County of residence) and is employed as a SPECIAL AGENT/INFORMANT (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: THIS DEFENDANT WAS, AT THE TIME OF CASE EVENTS, EMPLOYED AS A SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION, SAN DIEGO, CALIFORNIA.

Defendant JAMES KESZEI (name) resides in JACKSON County, MISSOURI (County of residence) and is employed as a SPECIAL AGENT/F.B.I. (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: THIS DEFENDANT WAS, AT THE TIME OF CASE EVENTS, EMPLOYED AS A SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION, KANSAS CITY, MISSOURI.

Defendant KIM I. MARTIN (name) resides in JOHNSON County, KANSAS (County of residence) and is employed as a ASSISTANT U.S. ATTORNEY (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: THIS DEFENDANT, AT THE TIME OF CASE EVENTS, WAS/IS EMPLOYED AS AN ASSISTANT U.S. ATTORNEY, KANSAS CITY, KANSAS. THIS DEFENDANT IS BEING SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY AS AN INVESTIGATOR.

* ADDITIONAL DEFENDANT(S) ATTACHED /

DEFENDANT #5 / CHRISTOPHER JOHNSON, OF KANSAS CITY, KANSAS, EMPLOYED AS DEPUTY U.S. MARSHAL, IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

DEFENDANT #6 / RAYMOND LAPIETRA, OF OVERLAND PARK, KANSAS, EMPLOYED AS A SPECIAL AGENT / INFORMANT, F.B.I., IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

DEFENDANT #7 / ANITA JENKINS, OF LEESBURG, VIRGINIA, EMPLOYED AS SPECIAL AGENT / INFORMANT, F.B.I., IS BEING SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

DEFENDANT #8 / J. SHIELDS, OF LEAVENWORTH, KANSAS, EMPLOYED AS SPECIAL AGENT / INFORMANT, F.B.I., IS BEING SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

DEFENDANT #9 / GEORGE GREEN, OF LEAVENWORTH, KANSAS, EMPLOYED AS SPECIAL AGENT / INFORMANT, F.B.I., IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00855-BNB

Montgomery C. Akers
Reg. No. 02866-081
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/20/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: FOURTH AMENDMENT IMPROPER SEIZURE & THEFT. (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

BEGINING ON NOVEMBER 26, 2006, DEFENDANT JACQUELYN E. ROKUSEK, ACTING IN THE CAPACITY OF A SPECIAL AGENT/INFORMANT FOR THE FEDERAL BUREAU OF INVESTIGATION, SAN DIEGO, CALIFORNIA, UNDER THE HANDLING OF DEFENDANT JAMES KESZEI, SPECIAL AGENT, F.B.I., KANSAS CITY, MISSOURI, WORKING WITH DEFENDANT NICHOLAS VOULGARIS, SPECIAL AGENT, F.B.I., SAN DIEGO, CALIFORNIA, ENTERED THE PLAINTIFF'S PLACE OF BUSINESS, 749 OCEAN AVENUE, DEL MAR, CALIFORNIA, STATING THEY WERE INVESTIGATING CRIMES IN VIOLATION OF FEDERAL LAW THAT ORIGINATED IN LEAVENWORTH, KANSAS. DEFENDANT(S) ROKUSEK, VOULGARIS, AND KIM I. MARTIN did SHOW WHAT CLAIMED TO BE A "SEARCH WARRANT" AND ASKED RICHARD WEEKLY, THE HOME OWNER, TO CONSENT TO SEARCH. MR. WEEKLY REFUSED TO CONSENT TO SEARCH. DEFENDANT'S JACQUELYN E. ROKUSEK AND KIM I. MARTIN THEN FLASHED

(CONTINUED)

§ 1983 SD Form (Rev. 5/98)    3    ::ODMA\PCDOCS\WORDPERFECT\22834\1

Case 3:08-cv-00725-H-WMC    Document 1    Filed 04/21/2008    Page 6 of 19

Continuation: C. Cause of Action / Count-1.

badges and claimed, aggressively, "We don't need your consent" and ordered Mr. Weekly to sit on his couch while the search was conducted. At this point Mr. Weekly asked Defendant Nicholas Voulgaris "What the hell's going on here?" Defendant-Voulgaris was a partner in Casino Associates with the plaintiff of which Mr. Weekly was a nominee director.

Defendant-Voulgaris informed Mr. Weekly that he was part of a contingent investigating "terror activities of plaintiff Montgomery Akers." Defendant-Voulgaris and Defendant-Kim I. Martin then claimed to have recorded conversations of himself and the plaintiff. A transcript of the alleged phone calls in June, July, August, 2005, recorded by Defendant J. Shields between Defendant-Rokusek and the plaintiff were produced to Mr. Weekly.

8-23-07

| B | I | N | G | O |
|---|---|---|---|---|
| 4 | 30 | 34 | 55 | 72 |
| 10 | 22 | 37 | 50 | 71 |
| 13 | 16 | FREE | 53 | 74 |
| 2 | 20 | 32 | 48 | 75 |
| 12 | 18 | 38 | 56 | 73 |

GAME #3   571

| B | I | N | G | O |
|---|---|---|---|---|
| 1 | 22 | 38 | 46 | 63 |
| 9 | 16 | 44 | 60 | 73 |
| 14 | 24 | FREE | 47 | 70 |
| 3 | 25 | 39 | 58 | 65 |
| 2 | 28 | 33 | 53 | 72 |

GAME #6   547

| B | I | N | G | O |
|---|---|---|---|---|
| 4 | 18 | 31 | 56 | 70 |
| 3 | 22 | 44 | 52 | 75 |
| 7 | 21 | FREE | 60 | 69 |
| 6 | 25 | 35 | 57 | 66 |
| 14 | 28 | 37 | 46 | 71 |

GAME #2   1329

| B | I | N | G | O |
|---|---|---|---|---|
| 7 | 22 | 38 | 55 | 72 |
| 13 | 26 | 45 | 46 | 68 |
| 5 | 29 | FREE | 51 | 63 |
| 8 | 25 | 40 | 54 | 73 |
| 11 | 21 | 33 | 48 | 67 |

GAME #5   588

| B | I | N | G | O |
|---|---|---|---|---|
| 5 | 27 | 35 | 48 | 71 |
| 2 | 21 | 45 | 56 | 73 |
| 8 | 29 | FREE | 51 | 66 |
| 1 | 17 | 34 | 59 | 65 |
| 9 | 16 | 43 | 57 | 70 |

GAME #1   542

| B | I | N | G | O |
|---|---|---|---|---|
| 11 | 29 | 45 | 49 | 62 |
| 12 | 23 | 31 | 55 | 72 |
| 1 | 24 | FREE | 60 | 71 |
| 10 | 16 | 42 | 50 | 64 |
| 2 | 21 | 36 | 56 | 74 |

GAME #4   1393

NAME: _____
NUMBER: _____
CELL: _____

GAME WON: _____
PRIZE DESIRED: _____
SESSION: _____

24

The alleged recorded phone conversations were recorded by J. Shields, phone monitor, Corrections Corporations of America, Leavenworth Detention Center, Leavenworth, Kansas. J. Shield was then brought into Mr. Weekly's residence to identify his voice. Defendant-Shields states "That's Mr. Weekly's voice". Mr. Weekly then responded "Who the fuck are you?" Defendant-Shields states "I'm F.B.I. dumbass".

Defendant-Martin, with the assistance of Defendant-Voulgaris, then confiscated about 117 negotiable instruments belonging to Casino Associates and the plaintiff Montgomery Akers.

On December 12, 2006, Defendant Christopher Johnson contacted Mr. Weekly by phone at Mr. Weekly's Del Mar, California, residence. Defendant-Johnson threatened Mr. Weekly

-3-

Mr. Montgomery Carl Akers
#02866-081
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226-8500

stating "[we] cannot be responsible for our actions if harm comes to Defendant-Martin or [the Task Force]" "You understand?" Mr. Weekly recorded this phone call for evidence.

On June 07, 2007, Defendant-Rokubek, Defendant-Voulgaris, Defendant-Keeley, Defendant-Martin, Defendant-Johnson, Defendant-Raymond LaPietra, made statements at the San Diego, California, F.B.I. Field Office, claiming to have interviewed Defendant-Anita Jenkins. Jenkins allegedly implicated Mr. Weekly as Co-Conspirator with the plaintiff in a check fraud scheme in June, 2000, in San Diego, California.

On June 07, 2007, Defendant George Griffin claimed to San Diego F.B.I. agents that he monitored several calls between the plaintiff and Mr. Weekly in October, 2006, from Leavenworth, Kansas, to Del Mar, California, discussing a plot to

-4-

2-7-08

**GAME #1** (1352)

| B | I | N | G | O |
|---|---|---|---|---|
| 1 | 20 | 38 | 55 | 72 |
| 10 | 23 | 38 | 47 | 68 |
| 15 | 17 | FREE | 56 | 73 |
| 9 | 24 | 32 | 58 | 82 |
| 4 | 21 | 44 | 59 | 66 |

**GAME #2** (1312)

| B | I | N | G | O |
|---|---|---|---|---|
| 10 | 18 | 45 | 49 | 68 |
| 3 | 21 | 38 | 53 | 66 |
| 6 | 20 | FREE | 57 | 63 |
| 12 | 30 | 33 | 46 | 71 |
| 7 | 23 | 39 | 47 | 69 |

**GAME #3** (577)

| B | I | N | G | O |
|---|---|---|---|---|
| 6 | 28 | 39 | 60 | 68 |
| 15 | 17 | 41 | 46 | 62 |
| 13 | 27 | FREE | 52 | 73 |
| 7 | 22 | 33 | 48 | 69 |
| 3 | 19 | 35 | 53 | 74 |

**GAME #4** (1350)

| B | I | N | G | O |
|---|---|---|---|---|
| 9 | 16 | 39 | 46 | 63 |
| 15 | 24 | 34 | 58 | 73 |
| 1 | 18 | FREE | 54 | 65 |
| 3 | 29 | 40 | 52 | 70 |
| 8 | 17 | 44 | 47 | 62 |

**GAME #5** (1364)

| B | I | N | G | O |
|---|---|---|---|---|
| 11 | 27 | 31 | 56 | 69 |
| 15 | 29 | 42 | 58 | 70 |
| 14 | 24 | FREE | 49 | 63 |
| 7 | 18 | 45 | 60 | 72 |
| 8 | 20 | 34 | 57 | 67 |

**GAME #6** (1393)

| B | I | N | G | O |
|---|---|---|---|---|
| 11 | 29 | 45 | 49 | 62 |
| 12 | 23 | 31 | 55 | 72 |
| 1 | 24 | FREE | 60 | 71 |
| 10 | 18 | 42 | 50 | 64 |
| 2 | 21 | 38 | 56 | 74 |

GAME WON: _____
PRIZE DESIRED: _____
SESSION: _____

NAME: _____
NUMBER: _____
CELL: _____

07

harm federal authorities with the use of Asian Tong gangs or "Ninja's". Defendant-Lapietra then signed a statement that Mr. Weekly admitted to him during a phone conversation on September 01, 2005, that "If thing goes bad... Nicky Va-Va is toast..." at the San Diego, California, F.B.I. Field Office. Mr. Weekly was provided a copy of Lapietra's statement in the hopes that Weekly would cooperate by Defendant(s) Keszei and Martin.

→ End

-5-

## United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 08, 2007

Mr. Montgomery Carl Akers
U.S. PENITENTIARY
USP Florence ADMAX
P.O. Box 8500
Florence, CO  81226-0000

RE:  07-3569  Montgomery Akers v. James Keszei, et al

Dear Mr. Akers:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and case number on all correspondence or pleadings submitted to the court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note that the district court has denied your request to appeal in forma pauperis. You have two options. First, you may pay the district court clerk the $455 docketing and filing fees. Second, if you cannot pay the fees and wish to ask the court of appeals to grant you permission to appeal in forma pauperis, you may renew your in forma pauperis motion by refiling it with this office. Your motion must contain all of the information required by the Prison Litigation Reform Act, including a copy of your trust account statement showing deposits and balances for the past six months. If the court of appeals allows you to proceed in forma pauperis, the district court will be instructed to set up an installment plan for payment of the $455 fee.

Within 15 days of the date of this letter, you must either pay the fees in full or renew your in forma pauperis motion. If you fail to take one of these two steps, the court will issue an order directing you to show cause why the appeal should not be dismissed.

We note that the matter was not served by the district court on any other party. Accordingly, you are notified that you are the only party to this appeal.

Count 2: The following civil right has been violated: 42 U.S.C. S. 1985(3) Conspiracy
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

The defendants, and each of them, conspired to violate the Constitutional rights of the plaintiff in San Diego County, California.

Count 3: The following civil right has been violated: N/A
(E.g., right to medical care, access to courts,

§ 1983 SD Form (Rev. 5/98)

4

::ODMA\PCDOCS\WORDPERFECT\22834\1

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

N/A

D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

_____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____

(d) Issues raised:

_____

_____

_____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

THERE IS NO ADMINISTRATIVE REMEDY PROCEDURES IN PLACE FOR THE UNITED STATES ATTORNEY'S OFFICE OR FEDERAL BUREAU OF INVESTIGATION.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): ILLEGALLY ACTING UNDER FEDERAL LAW WITH JURISDICTION OR PROPER AUTHORITY.

2. Damages in the sum of $ 1,750,285.

3. Punitive damages in the sum of $ 250,000 PER DEFENDANT.

4. Other: ATTORNEY FEES UNDER 42 U.S.C. S. 1988 and COSTS OF LITIGATION OF THIS CASE.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

   In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

   The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

   You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.   OR   ☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

   I declare under the penalty of perjury that the foregoing is true and correct.

_4-04-08_
Date

_[signature]_
Signature of Plaintiff

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Montgomery Carl Akers

**DEFENDANTS**

Rokusek, et al

FILED
APR 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Montgomery Carl Akers
PO Box 8500
Florence, CO 81226
02866-081

**ATTORNEYS (IF KNOWN)**

'08 CV 0725 H WMc

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question
                                     (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 USC 1331

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability |  | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability |  | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability |  | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 650 Airline Regs | SOCIAL SECURITY |  |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
|  |  | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 863 DIWC/DIWW (405(g)) |  |
|  | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability |  |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act |  | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General |  |  |  |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other |  |  | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  | ☒ 550 Civil Rights |  |  |  |
|  |  | ☐ 555 Prisoner Conditions |  |  |  |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $    Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):    JUDGE _____    Docket Number _____

DATE   4/21/2008            SIGNATURE OF ATTORNEY OF RECORD
                            [signature]