UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 JUN 17 AM 10:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Huff
FROM: R. Mullin, Deputy Clerk         RECEIVED DATE: 6/9/2008
CASE NO.: 08cv0725 H (WMc)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Akers v. Rokusek, et al
DOCUMENT ENTITLED: Motion for Order of Clarification

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | **OTHER: Improper format.** Case terminated. Plaintiff must comply w/ Court's order dated 6/13/08 to reopen case |

Date forwarded: 6/10/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: 6/13/08
cc: All Parties

CHAMBERS OF: Judge Huff
By: SPR / PSLC

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CIVIL NO. 08-0725 H (WMc)



MONTGOMERY CARL AKERS,
BOP #02866-081,
                    PLAINTIFF,

vs.

JACQUELYN E. ROKUSEK, ET AL.,
                    DEFENDANTS.

## MOTION FOR ORDER OF CLARIFICATION

1. ON MAY 05, 2008, THE PLAINTIFF FILED A MOTION FOR RECONSIDERATION OF THE COURT'S ORDER OF APRIL 24, 2008, RECEIVED BY THE PLAINTIFF ON

-1-

IN THE SUPREME COURT OF THE STATE OF NEVADA

| IN THE MATTER OF THE PROCESSING OF CIVIL APPEALS INVOLVING LITIGANTS APPEARING IN PROPER PERSON. | ADKT No. 385 |

**FILED**

MAY 10 2006

JANETTE M. BLOOM
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER EXTENDING PILOT PROGRAM FOR CIVIL PROPER PERSON APPEALS

WHEREAS, this court, on June 10, 2005, established a one-year pilot program for civil proper person appeals commencing on June 13, 2005; and

WHEREAS, the one-year pilot program period established by this court's June 10, 2005 order is scheduled to conclude on June 13, 2006;

IT IS HEREBY ORDERED that the pilot program for proper person civil appeals shall be extended and the pilot program shall continue until further order of this court.

DATED this 10th day of May, 2006.

_____, C.J.
Rose

_____, J.         _____, J.
Becker                       Maupin

_____, J.         _____, J.
Gibbons                      Douglas

_____, J.         _____, J.
Hardesty                     Parraguirre

SUPREME COURT
OF
NEVADA

(O) 1947A