Montgomery Carl Akers #02866-081
Plaintiff, in Pro Se
U.S. Penitentiary-Max
P.O. Box 8500
Florence, Co. 81226

FILED

2008 JUL -7 PM 2: 51

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

NUNC PRO TUNC
JUL -1 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Montgomery Carl Akers                    CIVIL NO. 08-0725
BOP #02866-081,                          (WMC)

              Plaintiff,           MOTION FOR FREE
                                        COPIES

     vs.

Jacquelyn E. Rokusek, et al.,

          Defendants.

     Comes now the Plaintiff Montgomery Carl

Akers, in Pro Se, with the above captioned

motion in so doing aver the following in

÷ 1—

Support THEREOF:

1. ON APRIL 21, 2008, THE PLAINTIFF Montgomery AYERS graced THIS Court WITH THE Filing OF his Civil Rights Complaint pursuant TO 42 U.S.C. § 1983 "BIVENS ACT Filing".

2. ALBEIT NOT ATTORNEY quality and Format, NONETHELESS STATED a Complaint upon which RELIEF Could be granted.

3. THE INK ON THIS Complaint had barely dried before THE Court eagerly dismissed IT based upon the holdings OF HECK V. Humphrey, 512 U.S. 477, 486-87 (1994).

-2-

4. THEREAFTER, THE PLAINTIFF FILED A MOTION FOR RECONSIDERATION THAT COMPORTED TO FED. R. CIV. P. 59(e).

5. THE MOTION FOR RECONSIDERATION WAS SERVED ON May 06, 2008; THE day HE RECEIVED THE ORDER OF THE COURT OF APRIL 25, 2008, dismissing PLAINTIFF'S Complaint.

6. ON JUNE 10, 2008, THE PLAINTIFF FILED his "NOTICE OF APPEAL" WHEN HE RECEIVED no ANSWER TO his MOTION FOR RECONSIDERATION.

7. ON JUNE 23, 2008, THE PLAINTIFF RECEIVED THE COURT'S ORDER denying MOTION FOR RECONSIDERATION.

8. IT IS abundantly clear TO THE PLAINTIFF THAT he is being discriminated against by THIS Courts. IT IS abundantly clear THAT THE Court does NOT LIKE THE NATURE or PLEADINGS OF PLAINTIFF'S Complaint.

9. IT IS obvious THE Court does NOT LIKE THE FACT THAT THE defendant's are FEDERAL actor and women, IN PERTINENT part. 1.

10. THE Court is aware THAT THE PLAINTIFF has

1. THE Court will say OTHERWISE... but [IT] [K]nows THE TRUTH OF ITS PREJUDICE. THERE IS NO QUESTION THAT IT did NOT GIVE PROPER DE NOVO Consideration TO THE FACTS OF THE Complaint before dismissing IT. FURTHER, THE PLAINTIFF AVERED VERY clearly THE Court's ERRONEOUS INTERPRETATION OF HECK against THE clearly STATED FACTS OF PLAINTIFF'S Complaint.

PRESENTED CREDIBLE EVIDENCE (IN PLEADING FORM) TRAVERSING THE _HECK_ FINDING OF THIS COURT'S ORDER DISMISSING PLAINTIFF COMPLAINT IN HIS MOTION FOR RECONSIDERATION.

11. EVEN SO, THE COURT LET ITS _HECK_ HOLDING STAND WITHOUT MODIFICATION.

12. THE PLAINTIFF NOW APPEALS THE DISMISSAL OF HIS COMPLAINT TO THE UNITED STATES COURT OF APPEALS, FOR THE NINTH CIRCUIT.

13. IN SO DOING, THE PLAINTIFF IS IN NEED OF FILED COPIES OF ALL PLEADINGS FILED IN THIS COURT AS EXHIBITS.

14. THE PLAINTIFF PRAYS FOR AN ORDER TO HAVE THE CLERK OF THIS COURT SERVE UPON HIM all FILED PLEADINGS APPURTENANT TO THIS CASE.

DATED: JUNE 24, 2008

RESPECTFULLY SUBMITTED,

MONTGOMERY C. AKERS
PLAINTIFF, IN PRO SE

# CERTIFICATE OF SERVICE

I hereby certify that on _JUNE 24, 2008_ I sent a copy of
[date]

the _MOTION FOR FREE COPIES_ ,
[name of document]

to: _CLERK, U.S. DISTRICT COURTS, SOUTHERN DISTRICT OF CALIF._

at _880 FRONT STREET, STE. 4290_

_SAN DIEGO, CA. 92101-8900_ , the last known address,
by way of United States mail or courier.

_6/24/08_
Date

_Montgomery C. Akins_
Signature