# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 JUL 24 PM 3:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

TO: ☑ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE  Huff
FROM: R. Mullin, Deputy Clerk       RECEIVED DATE: 7/18/2008
CASE NO.: 08cv0725 H (WMc)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Akers v. Rokusek, et al
DOCUMENT ENTITLED: Motion for Reconsideration for the Second Time...

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Case closed.** |

Date forwarded: 7/21/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: HUFF

Dated: 7/24/08       By: LCI
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**REJECTED**

MONTGOMERY CARL AKERS,
BOP # 02866-081,

        Plaintiff,

vs.

JACQUELYN E. ROKUSEK, ET AL.,

        Defendants.

MOTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 59(e) FOR RECONSIDERATION FOR THE SECOND TIME OR IN THE ALTERNATIVE A COLLATERAL ORDER GRANTING NOTICE OF APPEAL TO BE FILED

COMES NOW THE PLAINTIFF MONTGOMERY CARL AKERS, IN PRO SE, WITH THE ABOVE

-1-