UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 27 2008

MOLLY DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| MONTGOMERY CARL AKERS,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>NICHOLAS VOULGARIS, Special Agent; JAMES KESZEI, Special Agent, FBI; KIM I. MARTIN, Assistant U.S. Attorney CHRISTOPHER JOHNSON, Deputy U.S. Marshal; RAYMOND CAPIETTRA Special Agent; ANITA JENKINS, Special Agent; J. SHIELDS Special Agent; GEROGE GREEN, Special Agent; JACQUELYN E. ROKUSEK, Special Agent, Office of the US Attorney,<br><br>Defendants - Appellees. | No. 08-56413<br>D.C. No. 3:08-cv-00725-H-WMC<br><br>TIME SCHEDULE ORDER |



The parties shall meet the following time schedule:

| | |
|---|---|
| **Tue., September 2, 2008** | Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a); |
| **Mon., September 22, 2008** | Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1; |
| **Mon., December 8, 2008** | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |

The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.

Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1

Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


Freddie Brown
Deputy Clerk